THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FELLIE CHERRY, Appellant.— Motion for reargument granted. Upon reargument, the court adheres to the original determination. Assuming, *arguendo,* that the detention of appellant was a false arrest, which he might resist, he nevertheless had no right to use more force than such resistance required. The trial court has found that the testimony of the police officers was true. That being so, there was no cause for appellant to apprehend bodily harm, and his violent conduct in biting a police officer supports the conclusion that thereby he committed an assault. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See *ante,* p. 948.]

■

DOUGLAS F. STORER, Respondent, v. DOUGLAS RIPLEY et al., Appellants.— Motion referred to the court that rendered the decision. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. Motion for reargument denied, without costs: Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Adel, Wenzel, Schmidt and Beldock, JJ. [See *ante,* p. 950.]

■

ALEX DARLOW, Appellant, v. CITY OF NEW YORK, Respondent; DRAKE BAKERIES, INC., Appellant, et al., Defendants.— In an action to recover damages for personal injuries alleged to have been sustained in a collision between a motor vehicle operated by plaintiff and one owned by defendant Drake Bakeries, Inc., and operated by defendant Steinman, the complaint alleges that said collision was caused by the joint negligence of defendant Steinman and the operator of a bus, owned by defendant City of New York. Defendant Steinman defaulted in appearance, and the action as against him was severed. The jury rendered a verdict in favor of plaintiff for $40,000 against defendant Drake Bakeries, Inc., and in favor of defendant City of New York against plaintiff. The trial court made an order granting the motion of defendant Drake Bakeries, Inc., to set aside the verdict in plaintiff's favor and against said defendant and for a new trial, and denying its motions to dismiss the complaint and for a direction of a verdict in its favor. Plaintiff appeals from the judgment, which is in favor of defendant City of New York and against plaintiff, and from the aforesaid order insofar as it sets aside the verdict against defendant Drake Bakeries, Inc., and orders a new trial. Defendant Drake Bakeries, Inc., appeals from the order insofar as said order denies its motions to dismiss the complaint and for a direction of a verdict. Judgment and order unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.

■

WILLIAM J. DONAHUE, Respondent, v. SAMUEL HECHT, Appellant.— Defendant appeals from an order of the Supreme Court made by an Official Referee, granting a trial preference in pursuance of subdivision (d) of rule 8 of the Kings County Supreme Court Rules. Order reversed, without costs, and action ordered restored to its regular position on the General Calendar. The record does not indicate that this is a proper case for the granting of a preference under the stated rule. Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.